IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN HARTLEY-CULP, Individually and on behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE, and RESOLVE SOLUTION SERVICES CORPORATION,<br><br>Defendants. | ELECTRONICALLY FILED<br><br>NO. 3:14-CV-00200<br>(JUDGE MUNLEY) |

## MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Federal National Mortgage Association moves to dismiss, with prejudice, Plaintiff's Second Amended Class Action Complaint in the above-captioned matter. The grounds for this motion are set forth in the accompanying memorandum of law, which is incorporated herein by reference.

EAST\77553746.1

2

        Respectfully submitted,

        /s/ Lesli Esposito
        Lesli Esposito
        Attorney ID: PA 201916
        Michael E. Bushey (*pro hac vice*)
        Attorney ID: PA 92108
        John Huh (*pro hac vice*)
        Attorney ID: PA 203230

        **DLA PIPER LLP (US)**
        One Liberty Place
        1650 Market Street, Suite 4900
        Philadelphia, PA  19103-7300
        Phone:  (215) 656-3300
        Fax:  (215) 656-3301
        Email:  lesli.esposito@dlapiper.com

        Attorneys for Defendant,
        Federal National Mortgage Association

Dated: June 18, 2014