## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN HARTLEY-CULP,** individually and on behalf of all others similarly situated,<br>    Plaintiff | : 3:14cv200<br>:<br>: (Judge Munley)<br>: |
| v. | : |
| **GREEN TREE SERVICING, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE and RESOLVE SOLUTION SERVICES CORPORATION;**<br>    Defendants | :<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, to wit, this 10th day of October 2014, it is hereby **ORDERED** that Defendant Federal National Mortgage Association Fannie Mae's motion to dismiss (Doc. 34) is **DENIED**.

BY THE COURT:


s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**